In the Matter of Proving the Last Will and Testament of
CHARLOTTE BENNETT, deceased.

(Argued February 27, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made June 29, 1889, which affirmed a decree of the surrogate
of Westchester county admitting to probate the last will and
testament of Charlotte Bennett, deceased.

*Francis Larkin* for appellant.

*Lent & Herrick* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HERMAN BEECKEL, as Administrator, etc., Appellant, *v.* THE
IMPERIAL COUNCIL OF THE ORDER OF UNITED FRIENDS,
Respondent.

(Argued February 27, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department in favor of defendant,
entered upon an order made November 7, 1890, which sus-
tained exceptions ordered to be heard at first instance at Gen-
eral Term and set aside a verdict in favor of plaintiff directed
by the court and dismissed plaintiff's complaint.

*W. A. Sutherland* for appellant.

*Alfred Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.